UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FERNANDO ARAGON-OLIVAREZ,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-02492-DOC-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondents to immediately release Petitioner Fernando Aragon-Olivarez (A# 095-772-942) from custody; (c) ordering Respondents to return all property confiscated from Petitioner (if any) during his arrest and processing into detention; and (d) ordering Respondents to file a status report within

two (2) business days of the date of this Order to confirm that Petitioner has been released from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: November 6, 2026 __

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE