UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FERNANDO ARAGON-OLIVAREZ,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-02492-DOC-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner Fernando Aragon-Olivarez (A# 095-772-942) from custody.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge to confirm that Petitioner has been released from

custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: November 6, 2026 __

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE